# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS B. NUROCK, et al., | CASE NO.: CV 11-10284-PJW |
| Plaintiffs, | **ORDER OF DISMISSAL AFTER SETTLEMENT** |
| vs. | |
| PELICAN EYES HOLDING COMPANY, LLC, et al., | |
| Defendants. | |

Pursuant to the concurrently filed "Stipulation for Dismissal After Settlement" filed by the parties to this action, and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and subject to the provisions of Paragraphs 2 and 3 of this Order, Plaintiffs' First Amended Complaint is dismissed with prejudice;

2. Pursuant to *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-382, 114 S.Ct. 1673, 1677 (1994) each of the settlement agreements identified in Paragraphs C. and D. of the Stipulation for Dismissal After Settlement

1

are hereby incorporated by reference into this Order. Further, for avoidance of doubt, this Court hereby retains jurisdiction to enforce the provisions of all of the settlement agreements identified in Paragraphs C. and D. of the Stipulation for Dismissal After Settlement until performance in full of their respective terms;

3. Each of the parties hereto shall bear their own attorneys' fees and costs.

IT IS SO ORDERED:

Dated: 11/17/14

_____
Patrick J. Walsh
United States Magistrate Judge